SEALED BY ORDER OF THE COURT

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 20 2002
at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02 00274 SOM |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | [18 U.S.C. § 844; |
| | ) | 18 U.S.C. § 542] |
| SAM HUGH, | ) | |
| | ) | |
| Defendant. | ) | |

# I N D I C T M E N T

## COUNT 1

The Grand Jury charges that:

From on or about March 1, 1999, to and including June 27, 2001, in the District of Hawaii, defendant SAM HUGH,

knowingly engaged in the business of importing and dealing in explosive materials, classified as type 1.3G, display fireworks, without a license to do so pursuant to Chapter 40 of Title 18, United States Code, in violation of Title 18, United States Code, Sections 842(a)(1) and 844(a).

## COUNT 2

The Grand Jury further charges that:

From on or about April 5, 1999, to and including June 27, 2001, in the District of Hawaii, the defendant, SAM HUGH, not being a licensee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly received in foreign commerce, from Hong Kong to the State of Hawaii, within the United States, explosive materials, classified as type 1.3G, display fireworks, in violation of Title 18, United States Code, Sections, 842(a)(3)(A) and 844(a).

## COUNT 3

The Grand Jury further charges:

From on or about March 1, 1999, to and including April 5, 1999, in the District of Hawaii, the defendant, SAM HUGH, willfully and knowingly did enter and introduce, and attempt to enter and introduce, into the commerce of the United States, imported merchandise, that is approximately 466 cases of type 1.3G display fireworks, by means of false and fraudulent declaration which falsely and fraudulently stated that the

shipment to be received by one individual when in fact it was the intent of the shipper to split the shipment with approximately half the items being received and paid for by the defendant, and half going to the individual indicated on the customs documents, whereas, in truth and fact, defendant, SAM HUGH, well knew, that half of the shipment was to be received and paid for by the defendant, in violation of Title 18, United States Code, Section 542.

DATED: June 20, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. Sam Hugh
Cr. No.
"INDICTMENT"