ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 11 2006

at __9__ o'clock and __45__ min __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.           )<br>)<br>SAM HUGH          )<br>_____) | CRIMINAL NO. CR 02-00274SOM-01 |

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to Hong Kong and China and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 6/1/2006 through on or about 6/13/2006.

Dated: May 8, 2006 at Honolulu, Hawaii.

_____
SUSAN OKI MOLLWAY
U.S. District Judge