ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 27 2006

at 10 o'clock and ___ Min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA    )
                            )
          vs.               )   CRIMINAL NO. CR 02-00274SOM-01
                            )
SAM HUGH                    )
                            )
_____)

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to Hong Kong and China and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 11/24/2006 through on or about 12/5/2006.

Dated: October 23, 2006 at Honolulu, Hawaii.

_____
SUSAN OKI MOLLWAY
U.S. District Judge