McCORRISTON MILLER MUKAI MacKINNON LLP

PAUL B.K. WONG                    #6014
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, HI  96813
Telephone:  (808) 529-7300
Fax:  (808) 524-8293
Email address:  pwong@m4law.com

Attorney for Defendant
SAM HUGH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-00274 SOM |
| | ) |
| Plaintiff, | ) WITHDRAWAL AND |
| | ) SUBSTITUTION OF COUNSEL |
| | ) FOR DEFENDANT SAM HUGH |
| vs. | ) AND ORDER |
| | ) |
| SAM HUGH, | ) |
| | ) |
| Defendant. | ) |
| | ) No Trial Date |

WITHDRAWAL AND SUBSTITUTION OF COUNSEL
FOR DEFENDANT SAM HUGH AND ORDER

COMES NOW HOWARD T. CHANG, ESQ., attorney of record for Defendant SAM HUGH, pursuant to Local Rule 83.6 of the United States District Court for the District of Hawaii, and hereby withdraws as counsel for Defendant SAM HUGH; and

174111.1

COMES NOW the law firm of McCORRISTON MILLER MUKAI MacKINNON LLP, and hereby enters its appearance as counsel for Defendant SAM HUGH.

DATED: Honolulu, Hawaii, <u>December 28, 2007</u>.

<u>/s/ Howard T. Chang</u>
HOWARD T. CHANG

Withdrawing Counsel

<u>/s/ Paul B.K. Wong</u>
PAUL B.K. WONG

Appearing Counsel

**CONSENTED TO:**

<u>/s/ Sam Hugh</u>
SAM HUGH

APPROVED AND SO ORDERED:



<u>/S/ Leslie E. Kobayashi</u>
Leslie E. Kobayashi
United States Magistrate Judge

---
<u>United States v. Sam Hugh</u>; Criminal No. 02-00274 SOM; WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SAM HUGH AND ORDER