McCORRISTON MILLER MUKAI MacKINNON LLP

PAUL B.K. WONG       #6014-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
Telephone No.: 529-7300
Facsimile No.:  524-8293
E-mail:  pwong@m4law.com

Attorney for Defendant
Sam Hugh

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-00274 SOM |
| | ) |
| Plaintiff, | ) STIPULATION FOR EARLY |
| | ) TERMINATION OF PROBATION |
| vs. | ) |
| | ) |
| SAM HUGH, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

STIPULATION FOR EARLY TERMINATION OF PROBATION

Comes now the UNITED STATES OF AMERICA and SAM HUGH (collectively the "parties"), by and through the undersigned, and hereby agree and stipulate to the entry of an order terminating Defendant Sam Hugh's sentence of probation in the above-entitled matter.  The parties bring this stipulation based on the following:

176467.2

- Defendant Sam Hugh was sentenced to serve concurrent terms of three (3) years of probation in the above-entitled matter on July 15, 2005.

- During his supervision by the United States Probation and Pretrial Services, Defendant Sam Hugh has satisfied the special and general terms of his probation sentence.

Accordingly, the parties now bring this stipulation to conclude and close the above-entitled matter.

DATED: Honolulu, Hawaii, ____January 29, 2008____.


　　/s/ Ronald G. Johnson
RONALD G. JOHNSON
Assistant United States Attorney


　　/s/ Sydney L. Fleming
SYDNEY FLEMING
United States Probation Officer
U.S. Probation and Pretrial Services


　　/s/ Paul B.K. Wong
PAUL B.K. WONG
Attorney for Defendant
Sam Hugh

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; January 29, 2008.



/s/Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

---

United States of America v. Sam Hugh
CR. No. 02-00274 SOM
STIPULATION FOR EARLY TERMINATION OF PROBATION